■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. ENGLERT, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Kepner, J.), imposed January 12, 1984.

Sentence affirmed. No opinion.

The case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.